NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ASTRAZENECA PHARMACEUTICALS LP
AND ASTRAZENECA UK LIMITED,**
*Plaintiffs-Appellants,*

**v.**

**ANCHEN PHARMACEUTICALS, INC.,**
*Defendant*

**AND**

**OSMOTICA PHARMACEUTICAL CORPORATION,**
*Defendant-Appellant,*

**AND**

**TORRENT PHARMACEUTICALS LIMITED
AND TORRENT PHARMA INC.,**
*Defendants-Appellants,*

**AND**

**MYLAN PHARMACEUTICALS INC.
AND MYLAN INC.,**
*Defendants-Appellants.*

———————————

2012-1359, -1360, -1361, -1362, -1363, -1364

———————————

Appeals from the United States District Court of New Jersey in Nos. 10-CV-1835, 10-CV-4203, 10-CV-4205, 10-CV-4971, 10-CV-5519, 11-CV-2483, and 11-CV-2484, Judge Joel A. Pisano.

―――――――――――

**JUDGMENT**

―――――――――――

HENRY J. RENK, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for plaintiffs-appellees. With him on the brief were BRUCE C. HAAS, STEVEN C. KLINE, MICHAEL P. MCGRAW, DENNIS GREGORY and ROBERT J. CZARNECKI, JR.

CHRISTOPHER T. GRIFFITH, Leydig, Voit & Mayer, LTD., of Chicago, Illinois, argued for defendant-appellant, Osmotica Pharmaceutical Corporation and WILLIAM A. RAKOCZY, Rakoczy Molino Mazzochi Siwik LLP, of Chicago, Illinois, argued for Defendants-appellants, Myland Pharmaceuticals, Inc., et al. With them on the brief were ROBERT F. GREEN, LEYDIG, Voit & Mayer, LTD. of Chicago, Illinois, JAMACIA P. SZELIGA, of Washington, DC, and AMY D. BRODY, Rakoczy Molino Mazzochi Siwik LLP, of Chicago, Illinois,

H. KEETO SABHARWAL, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for defendants-appellants, Torrent Pharmaceuticals Limited, et al. With him on the brief were BYRON L. PICKARD, JONATHAN M. STRANG and DENNIES VARUGHESE.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, MAYER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2013                    /s/ Jan Horbaly
      Date                                      Jan Horbaly
                                                      Clerk